# UNITED STATES DISTRICT COURT
## for the
### District of Arizona
### Phoenix Division

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 09 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| Dat Quoc Pham<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Department of Defense<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **CV21-01373-PHX-SMB**<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dat Quoc Pham |
| Street Address | 8756 W Frier Dr |
| City and County | Glendale, Maricopa |
| State and Zip Code | Arizona, 85305 |
| Telephone Number | (623)-230-8860 |
| E-mail Address | phamquocdatb@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Department of Defense
- Job or Title *(if known)*:
- Street Address: 1400 Defense Pentagon
- City and County: Washington
- State and Zip Code: DC 20301-1400
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First Amendment, Fourth Amendment, Fifth Amendment, Thirteen Amendment, 10 U.S. Code § 920 - Art. 120, 18 U.S. Code § 2340A, 18 USC § 2261A, 18 U.S. Code § 1001, 18 U.S. Code § 1509.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.     Where did the events giving rise to your claim(s) occur?

        1. The events occurred inside my brain and other people's brain.

    B.     What date and approximate time did the events giving rise to your claim(s) occur?

        2. The start date of the hijack of my brain is a very long time ago but unknown (possibly at birth) to present.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

3. I started to notice the unusual things happening inside my brain around 2018 or 2019.
4. At the end of 2019 and the start of 2020, I started to discover horrible things that has happened inside my brain.
5. The Department of Defense is operating a certain type of technology that can hijack people's brain remotely using microwave frequencies. The technology is being kept a secret from the public.
6. "They" refers to someone or something that hijacked my brain.
7. They are potentially mass hijacking the brains of everyone inside their technology range
8. They are forcing my brain to do strenuous work without my consent.
9. They are hijacking and stealing my intellectual properties, which include but not limited to memories and understanding.
10. They are illegally accessing my memories.
11. They are modifying my behaviors.
12. They are flooding and repressing my thoughts.
13. They forced me to think of only the things that they wants me to think (thought policing).
14. They forged contracts inside my brain in order to pass it off as real, there is no way for me to tell if it is real or not if they repress my thoughts and manipulate my memories.
15. They tortured me everyday by flooding my thoughts, replaying unwanted memories (itches, pain, etc...), manipulating my emotions so that it is out of my control.
16. They stole my identity by pretending to be me to other people inside their brain (other people do not know if it's real or that it is inside their brain).
17. They altered my beliefs and thinking.
18. They brainwashed me to become a person I do not want to become.
19. They observe the future and manipulating events to get desired outcome (politics, court, etc...)
20. They planned to hijack court to obstruct justice.
21. They leaked my private memories for other people to see.
22. They hacked my computer, phone, and Wi-Fi.
23. They stalked me 24/7.
24. They use the functions of their technology to manipulate politics by observing future events and manipulating those events to get desired results.
25. They compromised my natural bodily functions (including but not limited to immune system, sleep, digestion, vision, breathing, sensory, heart).
26. They ruined my relationships.
27. They cover up their crimes by hijacking and manipulating memories.
28. They raped me and other people inside our brains even when I and other people was under the age of 18.
29. They did everything they can to prevent me/making it harder for me to sue (bribery, threats, repress memories, thought control, etc...)
30. They are trying to ruin my education.
31. They derived me of life, liberty, and the pursuit of happiness.
32. My rights have been violated many times over, I suffered great emotional distress from the events, and unable to think what I want to think.
33. I discovered proofs for the existence of the technology.
34. News reporting "energy attacks" on government officials, which is described as "high-powered microwave system weapon... kill an enemy over time and without leaving evidence" (https://youtu.be/5-Wm7jQ2hnc)
35. In 2018, the Daily Mail reported that the pentagon is working on a technology that would let people control machines with their minds. That would require them to have a solid understanding of the human brain in order to achieve that, and they succeeded. The technology is not only able to control machines but also other brains. (https://www.dailymail.co.uk/sciencetech/article-5963803/Pentagon-working-develop-technology-let-troops-control-machines-MINDS.html)
36. In 2021, The US Space Force's chief scientist said that they are working on "human augmentation" and "nerve simulation" in order to stay ahead of their adversary in warfare. This would also require advance understanding of the human brain.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Emotional damages that are done to me and physical damages that are done to my brain are irreparable. My understanding and knowledge has been manipulated and I do not know if I can get it back to its original capacity. Money cannot buy back the brain I value if the damages were irreparable.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. I request court to order the Department of Defense to stop the use of the technology that they are currently operating or stop using it on civilians both inside and outside the United States of America, and punish those who hijacked my brain. It is currently ongoing because recent events supports that.
2. As for monetary relief, I ask that court provide what court deemed is fair and reasonable as I was highly affected due to the fact that my brain is hijacked to the point where daily lives become miserable to live.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/05/2021

Signature of Plaintiff: Dat Pham
Printed Name of Plaintiff: Dat Quoc Pham

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: